```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0033--CR (JWS)
                               "USA V JOHANNES WEBER"
                              DEF 1.1 WEBER, JOHANNES

         In public format, including terminated defendants, excluding terminated counsel


      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 02/22/01
               Closed: 11/14/01
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date: 08/13/01
           Terminated: YES
   Needs interpreter: NO
    Counsel of record: Johannes Weber
                       Pro Per: 01723-082
                       USP Lompoc
                       3901 Klein Boulevard
                       Lompoc, CA 93436
                       Serve: YES
                         Type: Waived or Self
                         Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Richard L. Pomeroy
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                     Type: Not specified
                     Role: 2255 Motion


Counts re: DEF 1.1 WEBER, JOHANNES
```

| Document   | Count | Citation and Description                              | Disposition         |
|------------|-------|-------------------------------------------------------|---------------------|
| 1 -  1 IND | 1     | 18:2332(b)(a)(2) THREATENING AN ACT OF TERRORISM (F)  | Dismissed (33-1)    |
| 1 -  1 IND | 2     | 18:1503 OBSTRUCTION OF JUSTICE (F)                    | Sentenced (40-1)    |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                               "USA V JOHANNES WEBER"

                          In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 02/22/01
           Closed: 11/14/01
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 02/22/01 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 02/22/01 | [Re: DEF 1] JDR Grand Jury Minutes re Indict Secret; WOA to be issued; no bail set. |
| NOTE - | 1 | 03/30/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/15/01 in LA, CA. |
| 3 - | 1 | 04/02/01 | [Re: DEF 1] Return of WOA executed on 3/15/01 in Los Angeles, CA. |
| NOTE - | 2 | 04/13/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/15/01 in LA, CA; def arrived in Anchorage 4/13/01. |
| NOTE - | 3 | 04/16/01 | Issued: Proposed Trial Date Setting for ARR to CMC for USDJ. |
| 4 - | 1 | 04/16/01 | DEF 1 Attorney Appearance of Randall Patterson. |
| NOTE - | 4 | 04/17/01 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill. |
| 5 - | 1 | 04/17/01 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re Arr on Indict (held 4/16/01); Randall Patterson appointed; def pled not guilty; detention uncontested; dscvy motions due 4/23/01; all other PTM's due 4/26/01; cnsl advised of trial date 5/29/01. cc: USA, R. Patterson, FPD CJA Clerk, USM, USPO, Judge Holland |
| 6 - | 1 | 04/17/01 | [Re: DEF 1] Financial Affidavit. |
| 7 - | 1 | 04/17/01 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, R. Patterson, USM, USPO |
| 8 - | 1 | 04/17/01 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's as to dscvy due 4/23/01; as to all other PTM's due 4/26/01. cc: USA, R. Patterson |
| 9 - | 1 | 04/18/01 | [Re: DEF 1] CJA appointment of R. Patterson. |
| 10 - | 1 | 04/19/01 | [Re: DEF 1] HRH Minute Order setting TBJ for 5/29/01 at 9:00. cc: USA, USM, PO, R. Patterson, MJ Roberts, jury clerk |
| 11 - | 1 | 05/03/01 | DEF 1 motion to withdraw as counsel & have new CJA counsel appointed w/att aff. |
| 12 - | 1 | 05/04/01 | [Re: DEF 1] JDR Minute Order re hrg on mot to w/d as cnsl set for 5/7/01 at 3:30 p.m. cc: R. Patterson, FPD CJA Clerk |
| 13 - | 1 | 05/08/01 | {SEALED} |
| 14 - | 1 | 05/22/01 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 15 - | 1 | 05/22/01 | [Re: DEF 1] PLF 1 Proposed Questions for Voir Dire. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                              "USA V JOHANNES WEBER"

                     In public format, for all filing dates


Document #     Filed     Docket text

  16 -  1    05/24/01   DEF 1 motion to continue trial to allow time for motion to recuse

  16 -  2    05/24/01   DEF 1 motion for shortened time

  17 -  1    05/25/01   [Re: DEF 1] HRH Minute Order granting motion to continue trial to allow
                        time for motion to recuse (16-1), motion for shortened time (16-2);
                        further responses for purpose of setting a new trial date are due
                        5/29/01. cc: USA, USM, PO, R. Patterson, MJ Roberts, JC

  18 -  1    05/29/01   [Re: DEF 1] PLF 1 Response to Order re: motion to continue trial

  19 -  1    06/07/01   [Re: DEF 1] HRH Minute Order setting trial by jury for 7/2/01 at 9:00
                        a.m.  cc: USA, USM, PO, R. Patterson, MJ Roberts, jury clerk

  20 -  1    06/08/01   [Re: DEF 1] HRH Order for excludable delay.

  21 -  1    06/14/01   [Re: DEF 1] PLF 1 motion on shortened time to continue trial

  22 -  1    06/15/01   [Re: DEF 1] HRH Minute Order setting hearing on motion to continue trial
                        for 6/15/01 at 1:30. cc:  USA, USM, PO, R. Patterson

  23 -  1    06/18/01   [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] granting motion
                        on shortened time to continue trial (21-1); TBJ of 7/2/01 vacated &
                        reset for 8/13/01, excludable delay per 18:1361(h)(3)(A). cc: USA, US,
                        PO, R. Patterson, JC, MJ Roberts

  24 -  1    06/18/01   [Re: DEF 1] JDR Order of excludable delay re motion @ #11, order @ #13
                        for 5/3/01 to 5/8/01 for 6 days (code e).

  25 -  1    08/03/01   [Re: DEF 1] PLF 1 motion to release presentence report to defendant from
                        A95-032CR case

  25 -  2    08/03/01   [Re: DEF 1] PLF 1 motion for shortened time

  25 -  3    08/03/01   [Re: DEF 1] HRH Order granting motion to release presentence report to
                        defendant (25-1), motion for shortened time (25-2). cc: USA, R.
                        Patterson

  26 -  1    08/03/01   [Re: DEF 1] PLF 1 Attorney Substitution of K. Fedlis (USA) for M.
                        Rosenbaum (USA).

  27 -  1    08/06/01   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

  28 -  1    08/06/01   [Re: DEF 1] PLF 1 Trial Brief.

  29 -  1    08/06/01   [Re: DEF 1] PLF 1  Proposed Voir Dire.

  30 -  1    08/08/01   [Re: DEF 1] PLF 1 motion to use digital evidence presentation system

  30 -  2    08/09/01   [Re: DEF 1] HRH Order granting motion to use digital evidence
                        presentation system (30-1) at 8/13/01 TBJ. cc: USA, R. Patterson, JC,
                        Systems

  31 -  1    08/10/01   DEF 1 Trial Brief.

  32 -  1    08/14/01   [Re: DEF 1] HRH Court Minutes [ECR: Debby Willoughby-Lyons] re TBJ Day 1
                        (held 8/13/01); Govt's oral motion to dsmss ct 1 granted; crt to
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                              "USA V JOHANNES WEBER"

              In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | reconvene 814/01 at 9:00 a.m. w/att jury panel record. |
| 33 - | 1 | 08/15/01 | [Re: DEF 1] HRH Judgment of Discharge dismissed or Other count(s) 1 of the Indictment (1-1). cc: USA, R. Patterson, USM, USPO, MJ roberts J. Weber w/cnsls cy |
| 34 - | 1 | 08/15/01 | [Re: DEF 1] HRH Court Minutes [ECR: Debby Willoughby-Lyons/Bonnie Boyer] re TBJ day 2 (held 8/14/01); def found GUILTY of Obstruction of Justice; IOS set for 11/13/01 at 8:30 a.m.; Dispo hrg in A95-032CR to be set at the same time. w/att list of exhibits & witnesses. |
| 35 - | 1 | 08/15/01 | [Re: DEF 1] Verdict re def found GUILTY as to count 2. |
| 36 - | 1 | 08/15/01 | [Re: DEF 1] Jury Instructions. |
| 37 - | 1 | 11/06/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 38 - | 1 | 11/09/01 | DEF 1 Sentencing Memorandum |
| 39 - | 1 | 11/13/01 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] IOS & dispo hearing, held 11/13/01; sent 84 months consecutive to 24 months in A95-032CR; s/r 3 years; s/a $100; def remanded. cc: A95-032CR |
| 40 - | 1 | 11/14/01 | [Re: DEF 1] HRH Judgment found guilty on count(s) 2 of the Indictment (1-1); sent 84 mos; SR 36 mos; SA $100. cc: USA, R. Patterson, USM, USPO, MJ Roberts, FLU, J. Weber w/cnsls cy |
| 41 - | 1 | 11/26/01 | DEF 1 appeal to 9CCA of (40-1) filed 11/14/01. cc:cnsl, Judge Holland, 9CCA, USM, Probation |
| NOTE - | 5 | 11/27/01 | Transmittal: Forwarded notice of appeal (41-1) to 9CCA. |
| NOTE - | 6 | 11/27/01 | Notation (re: Appeal): Forwarded DEF 1 Motion to withdraw as counsel to 9CCA for processing. |
| 42 - | 1 | 11/27/01 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (41-1) cc:cnsl, Judge Holland, ECR, 9CCA (original) |
| 43 - | 1 | 12/14/01 | [Re: DEF 1] Partial Transcript re: IOS & disposition held 12/14/01. |
| 44 - | 1 | 01/29/02 | [Re: DEF 1] Copy of Order from 9CCA that appellant's motion for appt of cnsl is granted. Clk to srv cpy of this order on FPD Curtner who will appt cnsl. Dist Crt to provide 9CCA w/name of new cnsl by fax. (41-1) cc:cnsl, Judge Holland, FPD Curtner |
| NOTE - | 7 | 02/04/02 | Notation (re: Appeal): faxed CJA appt to 9CCA. |
| 45 - | 1 | 02/04/02 | DEF 1 Transcript Designation/Order Form re: notice of appeal (41-1). cc:ecr, w/att order & CJA24 form |
| 46 - | 1 | 02/04/02 | [Re: DEF 1] CJA appointment of Burke Wonnell for appeal. |
| 47 - | 1 | 03/21/02 | [Re: DEF 1] Partial Transcript of TBJ Day 1 held 08/13/01 re: notice of appeal (41-1). |
| 48 - | 1 | 03/21/02 | [Re: DEF 1] Partial Transcript of TBJ Day 2 held 08/14/02 re: notice of appeal (41-1). |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                             "USA V JOHANNES WEBER"

                    In public format, for all filing dates


Document #      Filed       Docket text

    49 -    1   03/21/02    [Re: DEF 1] Partial Transcript of IOS held 11/13/01 re: notice of appeal
                            (41-1).

    50 -    1   03/21/02    [Re: DEF 1] cy 9CCA Certificate of Record. (41-1) cc: cnsl, Judge
                            Holland, 9CCA (original)

    51 -    1   05/20/02    [Re: DEF 1] Partial Transcript Vol 1 TBJ -DAY 1 8/13/01. (located in
                            expando file)

    52 -    1   05/20/02    [Re: DEF 1] Partial Transcript  Vol 2 TBJ- Day 2 on 8-14-01.  (located
                            in expando file)

    53 -    1   06/05/02    PLF 1 Transcript Designation Form re: notice of appeal (41-1).

  NOTE -    8   11/21/02    Transmittal: Forwarded D.C. record to 9CCA consisting of 3 vols (1 vol
                            under seal) and 1 expando folder w/3 transcripts.

  NOTE -    9   12/02/02    Notation (re: Appeal): 9CCA received 3 original vols & 3 reporter's
                            vols; 1 expando (dkt 47,51,& 52) & 1 sealed volume.

    54 -    1   03/27/03    DEF 1 motion for new trial

    55 -    1   04/04/03    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (41-1) that
                            the district court's decision is AFFIRMED.  cc: T. Wonnell (CJA), J.
                            Drennan (USA), Judge Holland

    56 -    1   04/10/03    [Re: DEF 1] PLF 1 motion on shortened time for additional time to
                            respond to defendant's motion for new trial.

    57 -    1   04/11/03    [Re: DEF 1] HRH Order of recusal; clk to reassign case to next available
                            judge. cc: USA, T. Wonnell, USM, USPO, MJ Roberts

    58 -    1   04/11/03    [Re: DEF 1] HRH Minute Order of recusal; case is reassigned to Judge
                            Sedwick; use case number A01-033 CR (JWS) on all future filings. cc:
                            USA, T. Wonnell, USM, USPO, MJ Roberts, Judge Sedwick

    59 -    1   04/11/03    [Re: DEF 1] JWS Order granting motion on shortened time for additional
                            time to respond to defendant's motion for new trial (56-1); oppo due
                            4/24/03. cc: USA, J. Weber

    60 -    1   04/23/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for new trial (54-1) w/att
                            exhs (exhs A and B filed under seal).

    61 -    1   05/05/03    DEF 1 reply to opposition to DEF 1 motion for new trial (54-1) w/att aff
                            and exhs.

    61 -    2   05/05/03    DEF 1 motion for evidentiary hearing re: motion for new trial w/att aff
                            and exhs.

    62 -    1   05/07/03    [Re: DEF 1] PLF 1 motion to file supplemental exhibits in opposition to
                            motion for new trial w/att exhs.

    63 -    1   05/09/03    DEF 1 Exhibit "D" re: DEF 1 motion for new trial (54-1).

    64 -    1   05/12/03    [Re: DEF 1] JWS Order granting mot to file suppl exhs in oppo to mot for
                            new trial (62-1). cc: USA, J. Weber
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                                 "USA V JOHANNES WEBER"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 65 - 1 | 05/14/03 | JWS Order denying motion for new trial (54-1). cc: USA, J. Weber |
| 66 - 1 | 05/14/03 | [Re: DEF 1] JWS Minute Order denying motion for evidentiary hearing re: motion for new trial (61-2). cc: USA, J. Weber |
| 67 - 1 | 05/19/03 | DEF 1 motion to file supplemental exhibits for motion for a new trial w/att exhs (exh K under seal). |
| 68 - 1 | 05/20/03 | DEF 1 motion for release and order of discovery and information in relationship to motion for new trial. |
| 69 - 1 | 05/27/03 | [Re: DEF 1] JWS Order denying motion for release and order of discovery and information in relationship to mot for new trial (68-1). cc: K. Feldis, J. Weber |
| 70 - 1 | 05/29/03 | JWS Minute Order terminating in light of this order: motion to file supplemental exhibits for motion for a new trial (67-1). cc: USA, J. Weber |
| 71 - 1 | 05/30/03 | DEF 1 motion to vacate, set aside, or correct sentence under 28:2255 w/att exhs. |
| 72 - 1 | 05/30/03 | Application to proceed without prepayment of fees. |
| 73 - 1 | 05/30/03 | DEF 1 motion for appointment of legal counsel & permission to proceed in forma paueris. |
| 74 - 1 | 06/02/03 | DEF 1 motion for appointed legal counsel in motion for a new trial w/att aff. |
| 75 - 1 | 06/03/03 | [Re: DEF 1] JWS Minute Order terminating in light of this ord: mot for appointed legal cnsl in mot for a new trial (74-1). cc: USA, J. Weber |
| 76 - 1 | 06/16/03 | DEF 1 motion for reconsideration re: mot at dkt 54 re: motion for a new trial w/att exhs. |
| 77 - 1 | 06/17/03 | [Re: DEF 1] JWS Minute Order denying motion for reconsideration re: mot at dkt 54 re: motion for a new trial (76-1) as untimely and lacking merit. cc: J. Weber, K. Feldis |
| 78 - 1 | 06/18/03 | DEF 1 motion/supplement re: DEF 1 motion for reconsideration re: mot at dkt 54 re: motion for a new trial  (76-1) |
| 79 - 1 | 06/19/03 | [Re: DEF 1] JWS Minute Order denying motion at #78. cc: cnsl |
| NOTE - 10 | 06/20/03 | Notation (re: Appeal): Rec'd from 9CCA D.C. record consisting of 3 original case file vols (2 unsealed & 1 sealed) & 1 expando w/dkt #s 47, 51 & 52 (transcripts). |
| 80 - 1 | 06/23/03 | DEF 1 Judicial Notice. |
| 81 - 1 | 06/26/03 | DEF 1 Affidavit & docs for the record re: DEF 1 motion to vacate, set aside, or correct sentence under 28:2255 (71-1) |
| 82 - 1 | 06/30/03 | DEF 1 Judicial Notice. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                  "USA V JOHANNES WEBER"

           In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 83 - | 1 | 06/30/03 | DEF 1 Affidavit of Bias to have trial Judge rule on 28:2255. |
| 84 - | 1 | 07/01/03 | [Re: DEF 1] JWS Order directing svc and response; denying as moot DEF 1 appl to proceed I/P (72-1); granting mot for appt of legal counsel & permission to proceed I/P (73-1); FPD to designate cnsl; cnsl to immediately file notice of appearance; amended 2255 mot due 7/31/03; USA to file ans by 9/1/03; case is referred to MJ Roberts per D.Ak.LMR 4(5). cc: USA, FPD (CJA Clk), J. Weber, MJ Roberts |
| 85 - | 1 | 07/03/03 | DEF 1 motion (ex parte) expedited for travel authorization. |
| 86 - | 1 | 07/03/03 | {SEALED} |
| 87 - | 1 | 07/07/03 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 88 - | 1 | 07/07/03 | DEF 1 motion for release of Information by crt to associated press. |
| 89 - | 1 | 07/07/03 | DEF 1 motion to correct 2001 presentence report prepared for USDJ Holland. |
| 90 - | 1 | 07/11/03 | DEF 1 motion (ex parte) & memo for authorization to retain paralegal. |
| 91 - | 1 | 07/14/03 | {SEALED} |
| 92 - | 1 | 07/15/03 | [Re: DEF 1] JDR Minute Order striking motion for release of Information by crt to associated press (88-1), motion to correct 2001 presentence report prepared for USDJ Holland (89-1); clerk to serve a cy of #88 & #89 on cnsl H. Fleischer who shall take approp action. cc: USA, H. Fleischer w/cy #88 & #89 |
| 93 - | 1 | 07/17/03 | {SEALED} |
| 94 - | 1 | 07/17/03 | {SEALED} |
| 95 - | 1 | 07/29/03 | [Re: DEF 1] JDR Minute Order re crt to forward a cy of the hand written ltr from def dated 7/23/03 to cnsl for def. cc: H. Fleischer |
| 96 - | 1 | 08/08/03 | DEF 1 motion on shortened time for ext of time (to 8/15) to file amended 2255. |
| 96 - | 2 | 08/12/03 | [Re: DEF 1] JDR Order granting motion on shortened time for ext of time to 8/15/03 to file amended 2255; govt's response due 9/15/03 (96-1). cc: USA, H. Fleischer |
| 97 - | 1 | 08/12/03 | Doc #97 not used. |
| 98 - | 1 | 08/15/03 | DEF 1 Supplement Amended 2255 re: DEF 1 motion to vacate, set aside, or correct sentence under 28:2255 (71-1). |
| 99 - | 1 | 09/15/03 | [Re: DEF 1] PLF 1 Unopposed motion for ext of time to 10/3 to file oppo to amended 2255. |
| 100 - | 1 | 09/16/03 | [Re: DEF 1] JDR Order granting unopposed motion for ext of time to 10/3 to file oppo to amended 2255 (99-1). cc: USA, H. Fleischer |
| 101 - | 1 | 10/03/03 | [Re: DEF 1] PLF 1 Answer to to DEF 1 amended motion to vacate, set aside, or correct sentence under 28:2255 (71-1). |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                              "USA V JOHANNES WEBER"

                        In public format, for all filing dates

Document #    Filed       Docket text

   102 -   1  10/16/03    [Re: DEF 1] JDR Minute Order re S&P conf on 2255 mot set for 10/29/03 at
                          9:30 a.m. cc: USA, H. Fleischer, USM, USPO

   103 -   1  10/22/03    DEF 1 reply to Govt's answer to DEF 1 motion to vacate, set aside, or
                          correct sentence under 28:2255  (71-1)

   104 -   1  10/23/03    {SEALED}

   104 -   2  10/24/03    {SEALED}

   105 -   1  10/29/03    [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re S&P Conf on
                          28:2255 mot hld 10/29/03; H. Fleischer was not present; matter reset for
                          11/3/03 at 9:30 a.m. cc: USA, H. Fleischer, USM, USPO

   106 -   1  11/03/03    [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re Cont S&P Conf on
                          2255 mot hld 11/3/03; def's stmnt of grnds due 11/18; def's brf due
                          12/18; pltf's brf due 1/16/04; def's reply due 1/26/04. cc: USA, H.
                          Fleischer

   107 -   1  11/18/03    DEF 1 statement of grounds re motion to vacate, set aside, or correct
                          sentence under 28:2255 (71-1).

   108 -   1  12/18/03    DEF 1 memorandum in support of his statement of grounds re motion to
                          vacate, set aside, or correct sentence under 28:2255 (71-1).

   109 -   1  01/15/04    PLF 1 Attorney Substitution of R. Pomeroy for K. Feldis.

   110 -   1  01/16/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or
                          correct sentence under 28:2255 (71-1).

   111 -   1  01/29/04    DEF 1 reply memorandum in support of 1 motion to vacate, set aside, or
                          correct sentence under 28:2255 (71-1) w/att exhs.

   112 -   1  03/16/04    Initial R&R recommends DENYING re: DEF 1 motion to vacate, set aside, or
                          correct sentence under 28:2255 (71-1). Objections due Noon on 03/30/04.
                          Reply due Noon 04/05/04. cc: USA, H. Fleischer, Judge Sedwick

   113 -   1  03/30/04    DEF 1 motion on shortened time & memo to file late response to R&R.

   114 -   1  03/31/04    [Re: DEF 1] JDR Minute Order granting motion on shortened time & memo to
                          file late response to R&R (113-1). cc: USA, H. Fleischer

   115 -   1  03/31/04    DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct
                          sentence under 28:2255 (71-1).

   116 -   1  04/05/04    [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to vacate,
                          set aside, or correct sentence under 28:2255 (71-1).

   117 -   1  05/10/04    DEF 1 (pro se response) objection to R&R re: DEF 1 motion to vacate, set
                          aside, or correct sentence under 28:2255 (71-1).

   118 -   1  05/11/04    Final R&R re: DEF 1 motion to vacate, set aside, or correct sentence
                          under 28:2255 (71-1); MJ declines to modify recommendation that mation
                          be denied; matter ready for USDJ. cc: USA, H. Fleischer, Judge Sedwick

   119 -   1  05/14/04    [Re: DEF 1] JWS Order denying motion to vacate, set aside, or correct
                          sentence under 28:2255 (71-1). cc: USA, H. Fleischer, MJ Roberts
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A01-0033--CR (JWS)
                         "USA V JOHANNES WEBER"

                   In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 05/17/04 | [Re: DEF 1] JWS Judgment dismissing appl for post-conviction relief re: 28 USC 2255. cc: USA, H. Fleischer, MJ Roberts |
| 121 - 1 | 07/12/04 | DEF 1 Judicial Notice re: presentence rpt. |
| 122 - 1 | 10/18/04 | DEF 1 judicial notice re: pre-sentence report. |
| 123 - 1 | 12/16/04 | DEF 1 Judicial Notice |
| 124 - 1 | 02/22/05 | DEF 1 motion to correct defendant's 2001 presentence report. |
| 125 - 1 | 03/10/05 | DEF 1 motion (Rule 60(b)) for relief from judgment or order w/att exhs. |
| 126 - 1 | 03/15/05 | PLF 1 opposition to DEF 1 motion (Rule 60(b)) for relief from judgment or order (125-1). |
| 127 - 1 | 03/16/05 | [Re: DEF 1] RRB Order denying mot to correct def's 2001 presentence rpt (124-1) w/o prej to filing 28:2255 mot w/permission of 9CCA. cc: USA, J. Weber, USPO, Appeals Clk |
| 128 - 1 | 03/17/05 | DEF 1 Judicial Notice. |
| 129 - 1 | 04/12/05 | [Re: DEF 1] JWS Minute Order re: letter dated 4/10/05 from def; crt to treat letter as mot for modification of judg; mot denied w/att letter. cc: USA, J. Weber, USM, USPO |
| 130 - 1 | 04/18/05 | [Re: DEF 1] JWS Order denying mot (Rule 60(b)) for relief from judg or ord (125-1). cc: USA, J. Weber, PSLC |
| 131 - 1 | 04/25/05 | DEF 1 Judicial Notice w/att exh. |
| 132 - 1 | 05/12/05 | DEF 1 Notice re: supplement to the record in criminal case w/att exh. |
| 133 - 1 | 05/16/05 | DEF 1 Notice re: suppl to the record in cr case. |