Original

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>JOHANNES WEBER )<br>Defendant. )<br>) | RECEIVED<br><br>AUG 2 3 2006<br><br>CLERK, U.S. DISTRICT COURT<br>JUDICIAL ANCHORAGE, ALASKA<br><br>Case No. A01-0033 CR (JWS)<br><br>Sworn  Affidavit For The<br>Record in above Criminal Case. |


## DEFENDANTS SWORN AFFIDAVIT TO MATERIAL FACT

     The following Sworn Affidavit to Material Facts   ,the infor-
mation in it was obtained Under The Freedom of Information Act
from the Files of the United States Department of Justice, National
Central Bureau ,INTERPOL in Washington D.C. Files  and records of
Interpol London ,England and New Zealand. Court Records and Jury
transcripts and Grand Jury Transcripts in Anchorage Alaska.Court
records  in  Magistrates Court on the Isle of Jersey in the United
Kingdom. Court Records in District Court in Wellington New Zealand.
Immigration records from the United Kingdom and New Zealand. Police
Reports from the Isle of Jersey Police and New Zealand National Police.

1. USSS ( United States Secret Service )
2. PSI  ( Presentence Investigative Report )
3. AUSA ( Assistant United States Attorney)
4. INTERPOL ( International Criminal  Police Organization)
5. USPO  ( United States Probation Office)
6. Judge Singlton ( United States District Court Judge,Alaska)
7. Frank Powers ( United States Secret Service agent assigned to Interpol)
8. Defendant (Johannes Weber)
          ( U.S. Citizen by Birth in the United States)
          ( E.U. Citizen by Birth to a German Father)

# USSS Agent Frank Powers Transfered to Interpol Washington D.C from
    Anchorage Alaska in 1999.

-1-

**Know** comes the defendant  making the following sworn  statement
attesting to the fact that defendants  criminal conviction in Alaska
was obtaining by overwhelming fraud by the Court and Deptartment of
Justice in Alaska . The use of perjured testimony at defendants trial,
fabricated  and false evidence presented at trial  and sentencing.
the defendants criminal conviction for " Obstruction of Justice " was
obtained in Violation of the U.S . Constitution , Supreme Court
mandates, United States law and rules of Criminal procedure .

In  1994 USSS **Frank Powers**  attempted to get defendant to answer
some questions  in Alaska  and very nicely defendant told USSS Frank
Powers that  defendant did  and does not answer questions  questions
by U.S agents about other people, and defendant was not under arrest,
had commited no crime  and would not answer his questions.

In 1995 Defendant was in Lake Tohoe California when a friend ,
Jay Dolan asked defendant to help him sell some  Art Prints in California
and defendant agreeded.A friend of Mr Dolan  sent defendant (4) **Art**
prints via Federal Exspress from Alaska to California. USSS  Agent
**Frank Powers**  delevered the (4) Art Prints dressed as a Federal Exspress
employee along with another USSS agent. After Defendant had signed for
the Art Prints in  a Motel in California defendant was arrested and
a USSS agent held a gun to the defendants head and asked him if he
was going to co-operate with the U.S government.USSS agent searched
defendants room and removed evidence and personal property belonging
to defendant. Defendant was removed from California to Alaska
and  charged in a criminal complaint with (3) counts of wire fraud .
,in U.S. District Court in Alaska in front of **Judge Singlton**. After
months  and on the wrong advice of a Court appointed attorney ,
false investigative reports by USSS agent **Frank Powers**  , being held
without bail and deprived of sleep  , defendant plead guilty in front
of Judge Singlton to (3) counts of wire Fraud , but not by free- will
and after the same day USAU Mark Rosebuam made a threat to defendant
if he did not plead guilty. **Frank Powers  and the USPO in Alaska**
submitted false  and fabricated information to **Judge Singlton** to
enhance defendants sentence, criminal acts  that defendant was neither
charged  or arrested for , false police reports and false statements.
After Defendant plead Guilty it was discovered taht USSS **Frank Powers**
had withheld and destroyed evidence in defendants criminal case.
A Court appointed government attorney in Alaska advised defendant
that  **Judge  Singlton**  would have to vacate the criminal conviction

-2-

under a U.S. Supreme Court mandate and the U.S. Constitution's
Due Process clause. Defendants criminal conviction had to be vacated
by **Judge Singlton**  because USSS **Frank Powers**,had witheld and destroyed
evidence in defendants criminal case     , Defendant filed a motion
with **JUdge Singlton**  to vacate the criminal conviction and **Judge
Singlton**  refused to comply with  the laws of the United States
and Constitution  . of the United States . Defendant wanted to appeal
Judge Singlton's  ruling but was not allowed to and the Criminal
conviction was **final.**

   In 1996 Defendant filed  a motion with **Judge Singlton**  asking for
the return  of aprox $30.000  property USSS **Frank Powers** had taken
from Defendant in California and Navada , American Made Jeep, Movie
production  equitment etc.  USSS Agent **Frank Powers**  filed a false
affidavit with Judge Singlton  that  stated  he had no knowledge
and all my property was returned to defendant. The Property was
never returned to defendant as of this day in August 2006,. **Judge
Singlton**  refused to order the government to return deféndants property
in violation of the U.S Constitution  and laws  of the United States.
   In 1997   served  and completed a prison sentence for "wire Fraud"
On Augaust of 1997 defendant departed the United States for the European
Union and advised Mary Gedes  with the Federal Public Defenders office
in Alaska , Mark Rosenbaum  USUA in Alaska  that Defendant was departing
the United States  for Europe .Defendant called USPO to advise them
that defendant was in England and moving to Germany.Defendant called
Randy Johnson U.S Marshall in Alaska and advised him of defendants
address in Europe . **USSS Frank Powers**  visited a friend of defendants
in Alaska   and defendant called USSS  **Frank Powers**  and told USSS
Frank Powers that defendant was living in Holland .[1]

     Defendant traveled with Defendants own passport ,in defendants
own name. Worked in the United Kingdom and lived in Holland  ,paided
taxes in the United Kingdom  and was not a fugitive from Justice in
the United States , nor was defendant wanted  for any criminal case
in the United States except for violating a Court Order in Alaska
signed by **Judge Singlton ,**  to.pay the Internal revenue service
$177.000, report to the Court , attend a alcohal counseling group
and not commit any crime in the United States. Defendant violated
a Court order in Alaska

1. This is  the 1st of  two telephone calls defendant made to USSS
   **Frank Powers.**

It sould be noted on the record that in 1997 defendant sent several letters from overseas to Judge Singlton and the USPO in Alaska complaining about the defendant's loss of his property in 1995 and false information being included in his 1995 PSI and about USSS Frank Powers withholding and destroying evidence in defendants 1995 criminal case in Alaska

In 2000 Defendant was on the Isle of Jersey in the United Kingdom visiting as a EU Citizen in a EU Country. Defendant was detained by the Isle of Jersey police for a minor criminal offence involving a bar charge at a hotel and several nights lodging at hotels on the Isle of Jersey.Interpol London requested information from Interpol Washington about the Defendant for the Isle of Jersey police. Interpol Washington D.C or the United States Department of Justice in Washington D.C  sent false criminal information over to Interpol London about defendant . Information was sent that defendant had a drug conviction and child abuse conviction in the United States ,which is false[1] .Interpol London and the Isle of Jersey police also received information from the USPO in Alaska that had been obtained from a copy of defendants criminal history on a 1995 PSI prepared for **Judge Singlton** in 1995 . The information received  and that had been released by **Judge**[2] **Singlton**  had been falsified  and altered . It showed that defendant along with some minor criminal convictions in the United States had served (15) years in a U.S. Prison , which is false. This false  information which came from the USPO in Alaska  and **Judge Singlton**  in Alaska  was presented to the Magistrate  Judge [3]  on the Isle of Jersey's Magistrate's Court and the preciding Magistrate  made a note on the Court record that he believed that the criminal history information received from the USPO in Alaska was false.(that defendant had served 15 years in a U.S Prison) The defendant  was seriously assaulted  on the Isle of Jersey after some-one read the  false criminal information(Defendant was a victim of violence)  because  of the false criminal information.  Defendant was deported from the United Kingdom exsept Ireland  based a false criminal information supplied by Interpol Washington D.C (Drug Conviction)[4]

1. Defendant has never been charged or convicted in any court in the United States ,and there is no record of any conviction for Drugs or Child abuse.
2. on June 2000 Judge Singlton released a altered copy of 1995 PSI criminal History in Alaska .
3. Magistrate Courts in the UK handle minor criminal offences.
4. Defendant was deported based on false criminal information from The United States that defendant had a drug and child abuse conviction in the United States.(This is false) .

From August 18th to September 14,2000 defendant wrote  from the
Isle of Jersey (8) typed letters  to Ailsa Cackett assigned to Interpol
London and the Interpol Director at Interpol London  complaining about
the false criminal information it had received from Interpol Washington
D.C and the USPO in Alaska that had been released by **Judge Singlton**
on June of 2000 from Alaska. Defendant wrote (8) separate letters to
Interpol London complaining about the same thing and defendnat was
upset and mad  about the false criminal information sent by the
United States Department of Justice and the United States Court in
Alaska and  the fact that the defendant had been badly assaulted
on the Isle of Jersey when in Police custody because of the false
criminal information.[1]

Defendant was ordered deported from the United Kingdom based
on false  criminal information from the United States Department
of Justice that defendant  had a Drug and Child abuse conviction in
the United States ,which is false!

After Defendant had been deported to France in September of 2000,
defendant made a telephone call from France to Interpol Washington D.C
and spook to USSS agent **Frank Powers**  at Interpol Washington ,DC,
Central office of Interpol . When USSS agent **Frank Powers**  answered
the telephone  he was laughing and  had knowledge of all defendant''s
legal problems on the Isle of Jersey including being assaulted while
in Police custody and being deported from the United Kingdom based
on False criminal information supplied by Interpol Washington D.C.
It indicated to the defendant by the way USSS **Frank Powers** acted
and his laughing and making light  of defendants legal problems and
acting on the telephone it was all a big joke  that USSS **Frank Powers**
was involved in sending the false criminal information to Interpol
London.

On September  of 2000 defendant departed  from Holland  and
and returned to New Zealand  and defendant's wife who is a New Zealand
Citizen  . Defendant liked New Zealand  ,it's people and land and
applied for permanant Residency  in New Zealand  in November of 2000.
Defendant had no trouble entering New Zealand Borders   or any problems
with the New Zealand National Police,defendant  had been in New Zealand
prior to September of 2000 and entered New Zealand  on Defendants
German Passport from the European Union.

1. These (8) letters defendant  wrote Interpol London are on file with
   Interpol London in a pending legal action against defendant in London
   England and information about the (8) letters was sent to the
   United States Department of Justice and District Court in Alaska.

On December 1,2000 USSS agent **Frank Powers**    sent a message
from Interpol Washington D.C to London Interpol Stating :Priority
Urgent:  Defendants  criminal record in the United States relects :
**Drug Trafficking** , child abuse, forgery, embezzelment and other
minor criminal offences in the United States that were obtained from
the criminal history on the 1995 PSI released by the  **USPO and Judge
Singlton in Alaska**  on June of 2000 and sent to Interpol WashingtonD.C.
**This information about defendants criminal history in %100 false.**
Defendant has no Drug Trafficking, child abuse, forgey or embezzelment
conviction in the United States and there is no record in any Court in
the United States to support this false claim  .This false criminal
information was than passed on to **Interpol New Zealand.**

        **On**   December of 2000 London Interpol Issued a " London Blue
notice" on defendant[1] which  is a request pursuant to which Interpol
member countries stop a suspect traveling threw their country to obtain
information about the suspect. Defendant **was not a suspect or being
investigated for any crime in the United Kingdom**  the London Blue notice
was issued based on false criminal information from Interpol Washington
D.C that defendant was a "Drug Trafficker" which is false.There is
no basis at all for even making such a  statement about defendant.
There is no information any-where in the world to support such a lie.

        In December of 2000 Defendant was detained by New Zealand Police
for no-legal reason. Charged with a minor criminal offence  that there
was no legal basis for. Defendant was forced to surrender his German
passport to the New Zealand Police and check in with the New Zealand
police every week for no reason.Defendants aprtment in Auckland
New Zealand was searched by the New Zealand Police for no reason.
Defendant was detained a couple of time for no reason .

        **On Febuary of 2000**  defendant was detained by New Zealand Police
and brought before a District Court Judge in Auckland New Zealand,
for a minor criminal offence in which there was no legal basis  and
the Police showed defendant a copy of his criminal history in the
United States that had been  **released  by Judge Singlton and the USPO
in Alaska that was false**  , it reflected again falsely that defendaant
had served (15) years and an additional (5) years in a United States
Prison  for wire fraud . When the Police showed this to the District

1. **New Zealand is a Interpol Country member  and this "London Blue
   Notice was  passed  on to New Zealand Interpol and the New Zealand
   Police.**

-6-

Court Judge she stated on the record in Court in Auckland District
court that she would not accept the criminal information released
by **Judge Singlton  and the USPO in Alaska** and she got mad at the
police for presenting the false criminal information to her.

On Febaury 6,2001 Defendant was taken in **front of** another New
New Zealand  Judge in Wellington New Zealand  on the same minor
criminal complaint and again the Judge got mad about the false
criminal information released by **Judge Singlton**   that had been
altered . (This is on record in Wellington District Court).She
also got mad at the defendant and found defendant guilty of the
minor.criminal complaint withhout a trial or guilty plea and
released defendant who had been detained for no reason for (7)
days .

On Febuary 9,2001 Defendant went to his New Zealand attorney's
office in Wellington New Zealand  and was  very upset ,not only had
the false criminal information been presented to the Judge in
Wellington New Zealand and  defendant had been treated unfairly
by the Court in Wellington  but some of the false criminal infor-
matoin sent by  the United States Department of Justice and the
**USPO in Alaska**   had been printed in a local newspaper. Defendant's
attorney  in New Zealand  showed the defendant information he had
received from the New Zealand  Immigration Service in refrence to
Defendnats application for permanant residency in New Zealand and
the information  had been obtained from the 1995 **PSI that had
been released by Judge Singlton and the USPO in Alaska on June of
2000** and the criminal history had been falsified  again to reflect
that defendant had served an additional (5) years in prison in the
United States for wire fraud in Alaska and all of defendants minor
criminal convictions in the United States going back (25) years and
that information had been falsified by leaving out the dates of
conviction  , the fact that these were all minor criminal offences
and  made to read misleading at best  and it was  not factual  at
all it had been all altered .Most of these convictions were in
Alaska for minor criminal offence 's  (city misdeamors ) that
were made to read like serious offences . defendant couuld tell
by reading the report by the New Zealand immigration serivce that
all this information had come from a 1995 PSI that had been released
by **Judge Singlton and the USPO in Alaska.**

On Febuary 10,2001 after defendant had returned to his Hotel
in New Zealand and  gotten very intoxicated with alchohalic drinks,
the defendant called the **USPO in Alaska and left the following
message:**

> Hey dan, Johannes Weber here- Johannes Weber ,Probationer.
> We got some real problems here with Interpol . We got some
> real problems workin out **Frank Powers** because he works for
> Interpol . You listen to what I'm saying .Some body obstructed
> Justice in my case.**Frank Powers**  sent information internationaly
> across fron **London**  . We got some real problems here.  He
> obstructed Justice in my case . We -we really gotta sit down
> and we gotta talk about this with Mark Rosenbaum - Mark
> Rosenbaum.
> I'll tell ya' what . I-I gonna be honest with you man

I-I serious This has gone to far  ".Frank Powers  has
took this shit to far.Before I was arrested ,I knew
Frank Powers wanted me to cooperate with the government.
I refused to to it. This shit has gone to far. He released
information to London . And I'll tell ya what I'm going
fuckin do. I"m going to  do .I'm going to blow up the god
damm fuckin embassy in fuckin Holland ,unless you guys take
a little  fuckin notice of what's going on here. I'm serious
. I,m fucken pissed off.Fucin -reallt fucken mad.You little
scum bags better fuckin take notice of what I,m doin,
You son-of-a-bitch ,you get hold of Mark Rosenbaum up
there ,and find out what the fucks goin on with fuckin
Frank Powers ,otherwise I,m gonna shoot a fuckin federal
judge in the head . You  understand that ,son-of-a-bitch?
I"ll take Singlton out with a high powered Russian rifle.
You under stand? We're going to find out what is goin on
here. What is goin on overseas . What the fuck is goin on-
.I'm gonna take him out with a high - a high powered rifle
the fuckin basterd.

  On Febuary  22,2001 ,a grand jury  sitting in the District of Alaska
Indicted the defendant on one count of threatning an act of terrorism
and one count of obstructing Justice.
   AUSA Attorney Mark Rosenbuan presented the facts to the grand
jury in Alaska to obtain the criminal indictment against the defendant.
The grand jury proceeding  lasted aprox (5) minutes and  AUSA Mark
Rosenbaun  was asked questions by the grand jury in Alaska prior
to issueing the criminal indictment against the defendant which
from the grand jury transcripts reads as follows:

Questions from the Grand jury to AUSA Mark Rosenbaum:

Q. Is this person on Medication?

A. No.[1]
   (This is a false answer by Mark Rosenbuam AUSA)

Q. What is going on hear ?

A. This is all the information you need for these two little indictments.[2]

   (This is a wrong answer)

---

1. The defendant has been taking medication since 1989 and under
   care of medical personel in the United States, Austria and the
   United Kingdom  for Post Tramatic Stress Disorder, marked anxiety
   Disorder and for a tramatic head injury substained on a commercial
   fishing vessel in the Berring sea offshore Alaska.

2. AUSA Mark Rosenbaun failed to inform the grand jury that USSS
   Frank Powers was involved in sending false criminal information:
   overseas aboutc defendant (which is file with Interpol Washington
   D.C ) to London Interpol and Judge Singlton and the USPO in
   Alaska were involved in sending incorrect and false information
   to Interpol London from Alaska in a 1995 PSI.

On about Febuary 25,2001 in Auckland New Zealand the defendant was taken by force outside defendants apartment in Auckland New Zealand  by New Zealand Police acting as paid U.S. agents . Defendant was not allowed to contact his Embassy (German Embassy) contact his New Zealand attorney or wife and forced under the threat of violence onto a  aircraft  that night bound for the United States. Defendnat was never given a extradition hearing in front of a New Zealand Judge as required under International Law and  Defendants rights under the **Vienna Convention**  on Consular relations  were violated in New Zealand and the United States.[1]

Upon defendnats arrival by aircraft into Los Angeles California,USA, defendant was taken to a Federal Detention Center outside Los Angeles California where defendant Human -Rights were violated by U.S. agents. Defendant was held in  a large one  room cell with aprox . 200 other Federal Prisoner,overcrowded  to  it violated all 200 prisoners  human-rights, one toilet, one shower , subject to sleep deprivation for (7) days and nights ,fed at 2:30 in the morning  . Defendants hands were Black Boxed, which is a form of torture,[2]**in violation of the United Nations Convention on Human Rights, against torture.**

On March 23,2006, defendant was transfered to Alaska to face trial . Defendant was held without bail and  **was denied access to legal counsel, in violation of the United States Constitution** , on 05/03/01 defendant filed a motion with the United States District Court in Alaska asking for appointment of legal counsel and the motion was denied by the Court in Alaska. Defendant had no contact with legal counsel until the night prior to trial by Telephone , visit, letters . No attorney ever came to see defendant to ask questions or explain criminal complaint to to defendant or help prepare defendant's defence  ,nor did the defendant have any conatct with the government prior to trial or receive and (discovery) information  that is required by the United States Constitution to be turned over to the defendant prior to trial , wittness statments, defendants own statements to law enforcement agents. Defendant had no factual understanding of the  criminal complaint against him nor any attorney to exsplain it to defendant . Defendants own statements to  Interpol London were withheld from defendant even though the government and the Court had control of defendants statments.

The U.S government dismissed the threatning an act of terrorism charge and defendant was brought to trial in United States District Court for the District of Alaska with United States Judge   Russel Holland presiding.

One of  three government wittnesses who testified against the defendant was **USSS Agent Frank Powers.**The morning of trial the government gave the defendant the only piece of evidence produced by the U.S. government a **"London Blue notice"**  put out by London Interpol in December of 2000 . The "London Blue Notice  " containing defendants criminal history  and stating that defedants criminal history reflects **"Drug Trafficking,**child abuse, forgery, embezzelment, and other minor criminal history that was obtained from the 1995 PSI release by the USP and Judge Singlton in Alaska on June of 2000.

1. Article 36 of the Vienna Convention on Consular Relations  guarantees open channels of communication between detained foreign nationals and their consulates in signatory countries ,both New Zealand and the United States are a party to the Vienna Convention.
2. Black Box  is locking the hands in a black Box with handcuffs on so as to make the handcuffs cut into your wrist skin and cause pain for hours , it is only used on a few selected prisoners.

The main testimony of the whole trial which lasted aprox (3)
hours was the criminal history on the "London Blue Notice" and
where the information came from and who put the information out and
provided the information on the "London Blue Notice.
    USSS Frank Powers testified under oath and the exchange in Court
at defendants trial is as follows.
Q. Did you send any information about defendant to Interpol London?
A. No.
Q. Did you send any false criminal information about defendant to
   Interpol London?
A. No.[1]
Q. What about "Drug Trafficking "?
A. This information was put out by Interpol London , I am sure it
   would be factual.
Q. What about "child Abuse"?
A. Again this information is put out by Interpol London.
Q. Did Interpol Washington D.C send any false criminal information to
   Interpol London about the defendant?
A. No.
Q. Did you have any involvment with the issuance of the "London
   Blue Notice"?
A. No, no involvment
Q. Did Interpol Washington D.C having any involvment with the issuance
   of the London Blue Notice?
A. No Involvment.
Q. You reviewed the Defendant's file at Interpol Washington D.C prior
   to your testimony?
A. Yes.
    USSS Agent Frank Powers  was continually lying under oath at defendants
trial and the U.S. government new this. This is a felony under United
States law(Perjury) and the Court and the government have been made
aware of it in Alaska . **There is proof in the files of the United States
Department of Justice files at Interpol Washington D.C that USSS Powers
sent a message on December 1,2000 to Interpol London ~          containing
false criminal information about defendant. USSS Frank Powers also sent
a copy of a 1995 PSI to New Zealand Immigration Services prior to Trial
prepared for Judge Singlton and refrence to defendants work history
and a request by New Zealand Immigration Service .** USSS Frank Powers
also testified under oath that he was not assigned to defendants case
file at Interpol Washington D.C, what was agent Powers doing sending
a confidental 1995 PSI to New Zealand Immigration Service?

---

1. Defendants Criminal History in the United States as listed on the
   National Crime Information Computer at the Federal Bureau of Investigations
   headquaters in Washington D.C.  (NCIC Report) .

   1977/02/12  - No Drivers License
   1981/07/07  - False claim against the Internal Revenue Service(6 months jail)
   1988/02/03  - Theft (2) Attempted Gross Misdemeanor  (30 days Jail)
   1988/11/19  - Criminal Mischief II ,Misdemeanor .
   1990/12/05  - Disorderly Conduct (Misdemeanor )
   1990/12/20  - False Token (30 days jail)(Misdemeanor )
   1992/02/20  - Attempted Theft 2 (60 days jail)(Gross Misdemeanor)
   1995/11/09  - Fraud by Wire ( 33 months in Prison) Invalid criminal Convictior

   # Defendant has some minor (Misdemeanor convictions not Listed , very minor
     is why they are not listed on FBI's NCIC report, Driving offences,etc.

Another government wittness against defendant in the trial was USPO
Dan Fynes ,USPO Dan Fynes worked for the District Court in Alaska . USPO
dan Fynes  made a unsolicited visit to defendant prior to trial in order
to ask the defendant some questions for the United States Department of Justice.
Defendnat never answered any questions  USPO Dan Fynes asked defendant prior
to trial except  defendant told USPO Dan Fynes that the Department of Justice
had sent soem fasle criminal information overseas about defendant and defendant
had been assaulted overseas based on the false criminal information.
The testimony of Dan Fynes is as follows:
Q. What did Mr Weber tell you during your conversation with him prior to trial?
A. Mr Weber said that he missed out on a couple jobs and was having trouble crossing
   Borders.
        "This is a false sworn statment by USPO Dan Fynes" [1]
Q. Do you know what he was mad about?
A. No.
        " This is a false sworn statment by USPO Dan Fynes"[2]
     Both these sworn statements are false, if USPO Dan Fynes was not  so stupid it
would be funney, "defendant is a citizen of the European Union and there are no more
borders in the European Union ,it would be like saying the  Defendant had trouble
crossing the border between California and Navada in the U.S.  USPO Dan Fynes
reviewed defendants file at the USPO office in Anchorage Alaska where he worked
as a Pre-trial probation officer  and would have known that on June of 2000 the
USPO released a copy  of defendants 1995PSI and Judge Singlton released the
1995 PSI overseas.

     After a (3) hour trial  a jury sitting in Anchorage Alaska found defendant
guilty. The Defendant was not allowed to call wittnesses in his defence at trial.
Defendant tried several times to request the following wittnesses be called in
defendants defence , Judge Singlton , Eric Oregard USPO , Defedants New Zealand
Attorney , and  Ailsa Cackett  a London Police officer assigned to Interpol London.
Defendant was not allowed to call any wittness in his defence which is direct
violation of the United States Constitution !
     The (8) letters defendant wrote to Interpol London  and were in Defendants favor
and which were in control of the United States Department of Justice were withheld
from the defendant in Direct Violation of the United States Constitution. !
     The fact that  Judge Singlton and the USPO in Alaska had  released a copy of
defendants 1995 PSI  and it had the criminal history of the defendant record altered
and falsified  was never told to  the Jury or defendant prior to trial in violation
of the United States Constitution and United States Supreme Court Rulings in the past.
     The United States Department of Justice  submitted false evidence to the jury in
meaning a "London Blue Notice "containing false criminal history about the defendant
and than Knowingly and Intentionaly lied about the information to the jury .
     Both USSS Agent Frank Powers and USPO Dan Fynes Lied under oath to the jury.
     Defendant nver had a attorney prior to trial to exspalin the facts  to or
explain the  criminal complaint to the defedant  ,defendant never had a factual
understanding of the criminal complaint "obstruction of JUstice" or how defendant
had "obstructed Justice" That is why defendant needed an attorney prior to trial.!
Defendant had a legal constitutional right to an attorney prior to trial to prepare
a defence  and call wittnesses in defendants defence and had a Constitutional right to
his own statments to Interpol London and other information in the United States
Department of Justice's files at Interpol Washington D.C , none of this information
was turned over to the defendant as required under the United States Constitution !

1. The European Union  opened it's Borders in 1995 and  there are no more Border
   crossing's betwen Borders  . Defendant is aCitzien of the European Union.
2. Information is and was on file at the USPO in Alaska  prior to trial .

In order to be convicted in the United States of "Obstruction of Justice "
18. U.S.C provides in part:
 **Whoever ... <u>Corruptly</u>** or by threats or force ,or by any  threatening
 letter or communication ..... **endeavors** .... to influence ,obstruct,
 or impede ,the due administration of justice, shall be punished as provided
 in subsection (b).

The **United States Supreme Court**  has  stated  that in order to be convicted of
"obstruction of Justice the Defendant had to:
 " Holding that obstruction of justice **requires that the defendant**
 **had the <u>specific intent</u>** to  impede the administration of justice,
 **and the acts complained of bear a reasonable relationship  to the**
 **subject  of the pending  judicial proceeding.**

<u>look at the facts her</u>e:
1. Defendant was in New Zealand  applying  for Permanant Residency, not Alaska!
2. Defendant had a pending Judicial proceding in New Zealand pending  with the
 District Court in Wellington New Zealand ,not Alaska!
3. The Court in Alaska was releasing false information to  the  Court in
 Wellington New Zealand.
4. USSS agent Frank Powers was releasing false criminal information to Interpol
 London and Interpol New Zealand.
5. Judge Singlton was releasing false information to London Interpol and New
 New Zealand.
6. The defendant wrote (8) letters to Interpol London complaining about
 information received from Washington D.C and the USPO in Alaska.

7. Both USSS agent Frank Powers and USPO Dan Fynes Lied under oath at defendants
 trial.
8. The defendant had plead guilty in 1995 and the  criminal case was final
 and there was no way defendant could have obstucted the judgement in the case,
 the criminal case was over and defendant  had already served his sentence,
 defendant could not or would not gain any-thing by obstructing Justice in it!
 Even if defendant wanted to he could not obstruct justice in the past case.!
9. There is no way in the world that defendant could have obstructed a pending
 judicial proceeding in Alaska from New Zealand? <u>There was no trial pending</u>
 <u>in Alaska</u>!
10.<u>Where in the world did the defendant have the "<u>Specific Intent</u>" to obstruct
 Justice in Alaska after defendant had plead guilty in Alaska in 1995
 in the criminal case?
11.The U.S. Department of Justice withheld all the true facts from the jury ..?
12.Defendant was not allowed to call wittness in his defence ,like his New
 Zealand attorney, Interpol agent in London  Interpol who would have
 proofed defendants <u>specific intent of the message</u>-on Febuary 10,2001
 <u>which is the basis for defendants criminal conviction in Alaska!</u>   ,was not
 to obstruct Justice in Alaska.
13.Look at the text of the message on Febuary 10,2001  ,which is the basis for
 defendants criminal conviction ," Frank Powers sent information to London,
 We are going to find out whats going on <u>overseas</u> . This message to the
 USPO in Alaska had nothing to do with any pending Judicial proccding
 in Alaska , <u>OVERSEAS</u> is not in Alaska!

**It is pretty clear that defendants criminal conviction in Alaska was obtained**
**by Fraud and is not a valid criminal convictoin and obtained in violation of**
**United States Law (Perjury) and in Violation of the United States Constitution.**

-12-

After defendants trial in Alaska defendant obtained information under the
the United States Freedom of Information Act from Interpol Washington D.C. ,it took
almost two years for the U.S. Department of Justice to turn over just some of
the information held  about the defendant , some  of the information has never been
turned over to the defendant ,like the (8) letters defendant wrote Interpol London.
As of today the defendant is still trying to obtain these letters (8 Letters) and
defendant is filing a complaint against the British government  over this matter and
defendant being deported from a E.U Country based a false criminal information supplied
to them by the United States Department of Justice.

In defendants trial after defendant had discovered hundreds of documents in the
files of Interpol Washington D.C ,including a message  sent by USSS agent Frank Powers
containing false criminal information about defendant  to Interpol London and a
inacurate copy of a 1995 PSI released by Judge Singlton in Alaska ,the defendant sent
all this information to the defendants trial Judge in Alaska , Russel Holland and
Judge Holalnd Recused himslef from Defendants criminal case when he discovered there
was government misconduct involved not only by the U.S justice Department ,but by the
Court in Alaska itself.A USPO officer preparing a report for Judge Holland in 2001
had taken information she (Karen Brewer) from Interpol Washington D.C and falsified
teh information about the (8) letters defendant had sent Interpol London , she wrote
that defendant wrote threatening letters to a London Interpol Agents house ,which is
false and she know it., but this is the problem in Alaska with the United States
District Court, it is under the control of the United States department of Justice,
which is a violation of the separation of Powers Doctrine in the United States
Constitution. You can't have a legal court system in Alaska when the Court is under
control and direction of the U.S. department of Justice, Court officer's falsifying
information about defendant, Court officers   interviewing defendant prior to trial
for the U.S. Department of Justice, Federal Judges  are  not up-holding the United
states Constitution in Alaska or protecting it ,which is there sworn duty to due, that
is why they are appointed for life by the United States President, lying to juries?
witholding information from defendant, ? Lying about the inforamtion ,not only the
U.S. department of Justice ,but the Court itself.

The legal problem is defendant was sworn by oath  for 26 years in  the United  States in
the U.S. Military during the Vietnam war  & in the  United States Merchant Marine[1],
to  swear under oath that <u>I will support and defend the Constitution of the United States</u>
<u>of the United States against all enemies ,foreign and domestic and that I will bear</u>
<u>true faith and allegiance to the same.</u>
Defendant had a legal right and was owed that right by the United States Government
to be protected under the United States Constitution during defendants trial in Alaska
and defendant was not protected by the United States Constitution at trial in Alaska!
1. The Constitutional Right to Legal Counsel to prepare a defence prior to trial.
2. The Constitutional Right to call wittnesses in defendants defence.
3. The Constitutional Right to exsamine all the evidence held by the U.S. Government
   prior to trial including defendants (8) letters he wrote Interpol London.
4. The Constitutional Right to have the truth told at defendants trial in Alaska.
5. And other Constitutional Rights !
   The government of the United States has  defrauded the  defendant of a fair trial
   and violated there own constitution in doing so. The Defendant is a victim of
   fraud by the United States Government !

1, Defendant Served in the United States Navy from 1972 to 1973 and in the United
   States Merchant Marine from 1974 to 1999 under oath to protect and defend the
   the United States Constitution.

I,the  Defendant (Johannes Weber) to herby swear under oath and under the
pains in penalities of perjury that the following sworn statement is
true and correct to the best of the defendnts knowledge and the information
was obtained from records on file  and read by the defendant, and if there
is some fact or statement that the defendant made up or falsified than the
government of the United States can legaly charge the defendant with
perjury in the United States District Court's., under the United States
Code  for violation of the laws of the United States (perjury).

Dated this __17__ day Of , _August_,2006.

_Johannes Weber_ (Defendant)


I hereby certify that I sent two copies of the Sworn affidavit to the
United States  Court House ,clerk of the Court in Anchorgae Alaska at
222 West 7th Ave, Anchorage Alaska  to be placed on the Court record in
Case No. A01-0033-CR (JWS) and the  United States Attorney Office c/o the
United States Federal Building , U.S. Courthouse in Anchorage, Alaska
at 222 West ,7th Ave, Anchorage Alaska ,99513 ,by depositing in the United
States mail at Low Security -Allenwood ,Pensylvania in White Deer ,Pennsylvannia
17887 ,PO Box 1000. invdving criminal case Number ( A01-0033 -CR (JWS).

_Johannes Weber_
dated this ___17__, day of _August_,2006

Resepctfully Submitted to the Court
This ___17___ day of _August_,2006

_Johannes Weber_

cc; German Justice Department ,Bonn Germany
cc: German Consulate, New York,NY USA
cc; New Zealand Consulate , New York, NY , USA
CC: United  States  Department of State, Washington D.C
cc| Interpol, International Criminal Police Organization ,Lyons,France
cc: British Consulate , New York, NY ,USA
cc: Interpol London ,United Kingdom
cc: Interpol Washington D.C (U.S Department of Justice)

-14-

# PROOF OF SERVICE

August 14, 2006
I certify that on _____ (date) I mailed a copy of this brief and all
attachments via first class mail to the following parties **at the addresses listed below**:

> United States Attorneys Office
> C/o U.S. Courthouse & Federal Building
> 222 West 7th Avenue
> Anchorage, Alaska
> 99513

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently
institutionalized or incarcerated should include the following statement on all documents to be
filed with this Court:

August 14, 2006
I certify that this document was given to prison officials on _____ (date) for
forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true
and correct. 28 U.S.C. §1746.

_____
Signature

Dated: ____August 14, 2006

Rev. 09/05