

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>vs,<br><br>JOHANNES WEBER<br>      Defendant. | Case No: A01-0033 (JWS)<br><br><u>JUDICIAL NOTICE</u><br><br><u>Statement for the Record</u> |

    Now comes the defendant in the above criminal case in United States District Court for the District of Alaska ,Case no. A01-0033 CR (JWS) ," Obstruction of Justice."

    The defendant in the above criminal case is a Citizen of the Federal Republic of Germany and Defendants Legal residency is Munich Germany.

    The defendant is departing the United States of America to the Federal Republic of Germany ,where upon arrival in the Federal Republic of Germany defendant will make a formal Renunciation of United States Nationality before a Diplomatic or Consular Officer of the United States in Germany , in such form as may be prescribed by the United States Secretary of State at the United States Embassy at Clayallee 170, D-14195, Berlin Germany to comply with United States Code , Title (8), §1481 (5) , "Loss of nationality by native born Citizen, Voluntary Action."

    The defendant was sentenced in Case no: A01-0033 CR (JWS) in

United States District Court in Anchorage Alaska to (3) years Supervised Release which Under Title 18 ,United States Code , section §4104(f) is transferable to the German Department of Justice in Bonn/Berlin Germany.

   The Defendant has no Military obligation left to the United States of America and the defendant owes the United States Treasury or United States Government no money, fines, Internal Revenue Service etc.

   The defendant has a legal right of expatriation , " Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty , and the pursuit of happiness, Therefor any declaration , instruction , opinion , order ,or decision by any officer of the United States which denies, restricts, impairs, or questions the right of expatriation, is declared inconsistent with the fundamental principles of the Republic." (Revised Statutes §1999) which appears as 50 USCS §1601.

   The defendant has a leagl right to expatriate himself from the United States of America and Renounce his United States Citizenship, which was given to the defendant at birth in the United States and is some-thing that the defendant never asked for or applied for in the United States.

Respectfuuly Submitted to the Court in Alaska on this 15 day of September, 2006.

Johannes Weber
#01723-082
Low Security-Allenwood
PO BOx 1000
White Deer, Pennsylvania
17887-1000