RECEIVED

SEP 19 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## PROOF OF SERVICE

I certify that on Sept-16-06 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

```
United States Attorneys Office
U.S. Federal Building & U.S. Courthouse
222 West Ave, #9
RM 253
Anchorage, Alaska
99513-7567
```

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

September 16, 2006

I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: September 16, 2006

*Rev. 09/05*

7