RECEIVED
SEP 19 2006
CLERK, U.S. [Attachment]
ANCHORAGE, [Sequence No. 112]

Form **8854**
(January 1999)
Department of the Treasury
Internal Revenue Service

OMB No. 1545-1567

## Expatriation Information Statement

➤ See separate instructions.  ➤ Please print or type.

| Name | Date of birth (mo., day, yr.) | Telephone number | Identifying number |
|---|---|---|---|
| Johannes Weber | | | |

**Part I** — General Information. All filers must complete Part I. Complete Part II if, on the date of expatriation, you had gross assets with a collective fair market value of more than $500,000. See instructions.

| 1 Date of expatriation | 2a If you are a former U.S. citizen, check this box ➤ [X] |
|---|---|
| January 6, 1998 | b If you are a former U.S. long-term resident (LTR), check this box ➤ [ ] |

3 Mailing address where you may be reached after expatriation

4 Address of tax residence after expatriation (if different from 3)

5 Address —
Anchorage, Alaska

6 List all foreign countries (not the United States) of which you are a citizen.

| a Name of country | b How you became a citizen | c Date you became a citizen |
|---|---|---|
| Germany | German Father | At Birth |

7 Number of days you were present in the United States during the

- a Tax year of expatriation . . . . . . . . . . . a  -0-
- b Tax year before expatriation . . . . . . . . . . . b  -120-
- c Tax year that is 2 years before expatriation . . . . . c  -365-

8. Was your average annual net U.S. income tax liability (after credits) for the 5-tax-year period that ended before the date of expatriation more than: $110,000 for expatriations in 1999; $109,000 for expatriations in 1998; or $106,000 for expatriations in 1997? . . . . . . . . . . . [ ] Yes  [X] No

If "Yes," enter your tax liability for each of those years (rounded to the nearest $50,000).

| 5th Year Before Expatriation | 4th Year Before Expatriation | 3rd Year Before Expatriation | 2nd Year Before Expatriation | 1st Year Before Expatriation |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

9 Was your net worth on the date you expatriated equal to or more than: $552,000 for expatriations in 1999; $543,000 for expatriations in 1998; or $528,000 for expatriations in 1997? . . . . . [ ] Yes  [X] No

10 If you answered "Yes" to question 8 or 9, see instructions and answer questions 10 a, b, and c. Otherwise, go to question 11.

a Are you eligible to submit a ruling request that your expatriation did not have, as one of its principal purposes, the avoidance of U.S. taxes? . . . . . . . . . . . [X] Yes  [ ] No

b Did you submit or do you intend to submit such a ruling request? . . . . . . . . [ ] Yes  [X] No

c If you submitted a ruling request, did you receive a ruling that either:
  (1) Your ruling request was complete and submitted in good faith? . . . . . . . [ ] Yes  [ ] No
  (2) Your expatriation did not have as one of its principal purposes the avoidance of U.S. taxes under Internal Revenue Code section 877(a)(1)? . . . . . . . . . . . [ ] Yes  [ ] No

11 At the time of expatriation, did you have gross assets with a collective fair market value of more than $500,000? [ ] Yes  [X] No
If "Yes," complete Part II on the back.

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than filer) is based on all information of which preparer has any knowledge.

**Sign Here**
Your signature  [signed]        Date
Preparer's signature             Date

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 24126N    Form **8854** (1-99)