

Generalkonsulat
der Bundesrepublik Deutschland
Consulate General
of the Federal Republic of Germany

File number: RK 515 SP Weber
(Please quote in reply)

RECEIVE[D]

SEP-19-2006 25.04.02
San Francisco    Fs
CLERK, U.S. DISTRICT COU[RT]
ANCHORAGE, ALASKA

## TO WHOM IT MAY CONCERN

The Consulate General hereby confirms that due to the evidence available in this office we have concluded that

Mr. Johannes Weber
born
in (

has German citizenship and could be issued a German passport if he fulfills the legal requirements.

Yours sincerely,

Carsten Fischer
Vice Consul