UNITED STATES DEPARTMENT OF STATE
Washington D.C 20520

RECEIVED
SEP 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JOHANNES WEBER )
    Petitioner )
)
)
vs. )
)
)
U.S. Department of State )
    Respondant )
)
)

**Judicial Notice**

Loss of United States Citizenship by native-born.

## AFFIDAVIT

Know comes the Petitioner a Citizen of the Federal Republic of Germany ( German Passport Number           by birth to a German father, making the following sworn statement for the record.

(a) That I Johannes Weber , born            ,am a Citizen of the Federal republic of Germany and my legal residency is Munich Germany.

(b) That upon arrival in the Federal Republic of Germany ,Petitioner will make a formal renunciation of United States Nationality before a diplomatic or consular officer of the United States  in a foreign state (Germany) ,in such form as may be prescribed by the United States Secretary of State, at: American Embassy, Clayallee 170, D-14195 Berlin ,Germany.

Johannes Weber

SUBSCRIBED TO AND SWORN before me a Notary Public this 30th day of August ,2006 By:

My Commission Expires :

NOTARIAL SEAL
Christine R. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008