# Affidavit

RECEIVED
SEP 1 9 20
CLERK, U.S. DISTRICT
ANCHORAGE, ALASKA

STATE OF California

} SS.   German Nationality

COUNTY OF Santa Barbara

The undersigned being duly sworn according to law deposes and says:

That I Johannes Weber ,born on                    am a Citizen of the Federal Republic of Germany,since birth, and my legal residency is Munich Germany.

a. That I Johannes Weber a citizen of Federal Republic of Germany since birth,accepted,served in a performed the duties of the **Social Democratic Party (SPD)**,a political subdivision of the Federal Republic of Germany (SPD) in June 28 of 1998 and performed the duties and and served in the Social Democartic Party (SPD) in the years 1998 to 2000 while residing in Munich Germany ,my Country of citizenship ,after attaining the age of

b.That I Johannes Weber a German Citizen since birth, in the year of June 28,1998 made a affirmation of allegiance to the Federal Republic of Germany ,while residing in Munich Germany after attaining the age of

*[signatures]*

SUBSCRIBED TO AND SWORN before me a Notary Public this 24th day of February ,2005 by: Tracie Henry, Notary Public

My Commissin expires: Sept. 7, 2006

*Tracie Henry [signature]*

TRACIE HENRY
Commission # 1373411
Notary Public - California
Santa Barbara County
My Comm. Expires Sep 7, 2006