IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Case No.: A01-0033 CR (JWS) |
| vs. ) | |
| JOHANNES WEBER ) | **Judicial Notice** |
| Defendant ) | |

    Defendant was convicted under Title 18 U.S.C. § 1503 of obstruction of justice, and was committed to the custody of the United States Federal Bureau of Prisons for a total term of 84 months.

    In or about June 2000, the Defendant was in the custody of the United Kingdom, incarcerated on the Isle of Jersey for a period of 5 months. The Defendant was detained while details regarding in particular, if the Defendant was being sought by any other country. A reply was received from the Washington National Central Bureau of Interpol and from the United States Probation Office in Anchorage, Alaska, that contained false information about the Defendant's previous convictions in the United States, and that the Defendant was wanted in America, but that extradition would not be sought.

    The Defendant was detained by the Isle of Jersey Police Department in the United Kingdom based on the false criminal information received from the Washington National Central Bureau of Interpol and from the United States Probation Office in Anchorage, Alaska concerning the Defendant's past criminal convictions in Alaska and in the United States, for 5 months. The Defendant would never have been detained for those 5 months had the false criminal information that concerned the Defendant's past criminal history been sent to the Isle of Jersey Police Department.

In the Interst of Justice, the Defendant must be given credit for the 5 months of imprisonment by the Isle of Jersey Police Department towards the Defendant's obstruction of justice sentence, because they are directly related.

With Good Conduct Time, this will but the Defendant's release date from the United States Bureau of Prisons to be **September 7, 2008.**

Upon release from the United States Bureau of Prisons of **September 7, 2008,** the Defendant, under the provisions of 18 U.S.C. § 4104(f), will transfer the Defendant's term of Supervised Release to the German Justice Department in the Federal Republic of Germany, where the Defendant is a German Citizen.

        Respectfully submitted on this _27_ day of _May_, 2007.

_____
Johannes Weber

# PROOF OF SERVICE

I certify that on <u>May 25, 200</u>(date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

    Judicial Notice concerning prison time served overseas

    United States Attorney
    U.S. Courthouse & Federal Building
    222 West 7th Ave
    Anchorage , Alaska
    99513

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: May 25, 2007

*Rev. 09/05*

7

Security Correctional Institute Allenwood
Box 1000
te Deer, Pennsylvania
17-1000

HARRISBURG PA 171  -PM

Clerk of the Court
United States District Court
District of Alaska
222 West Seventh Avenue, Unit 32
Anchorage, Alaska
99513-7591

gal mail

Legal Mail


