NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:01-cr-00033-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CORRECTED CERTIFICATE** |
| vs. | ) | **OF SERVICE** |
| | ) | |
| JOHANNES WEBER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

United States of America, by and through counsel, hereby certifies that on

June 15, 2007, a copy of the Response to Judicial Notice, Docket No. 144, was

sent by U. S. Mail to the Defendant at the following address:

Johannes Weber
01723-082
Low Security - Allenwood
P O Box 1000
White Deer, PA 17887

The Certificate of Service that was attached to the Response to Judicial

Notice, Docket No. 144, listed the wrong address for the Defendant.

RESPECTFULLY SUBMITTED this 15th day of June, 2007, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen L. Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007,
a copy of the foregoing Response to
Judicial Notice was served by U. S. Mail on:

Johannes Weber
01723-082
Low Security - Allenwood
P O Box 1000
White Deer, PA 17887

s/ Karen L. Loeffler

USA v Weber
3:01-cr-00033-JWS                    2