UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA



JOHANNES WEBER
    Petitioner

vs

UNITED STATES OF AMERICA
    Respondant

Case No: __A01-0033-001 CR__ (HRH)

Petition to modify Special Conditions of Supervision

-Background-

Petitioner was convicted in United States District Court in the District of Alaska of violation of 18 U.S.C §1503 ,Obstruction of Justice., and sentenced to a term of 84 months and (3) years supervised release.

On Petitioner's Judgement in criminal case under Special Conditions of Supervision :

(1) "If the Defendant is subject to deportation at the completion of his term of imprisonment he shall abide by the laws and regulation's of the Immigartion and Naturalization Services of the United States and if deported from the United States ,shall not reenter the United States without the aproval of the Attorney General of the United States.

Petitioner is German Citizen and has tried numerous times , unsucessfully to renounce his American Citizenship. Petitioner's home is in Germany , where (he) votes in national elections ,Pays taxes and belongs to a Political Sub-division in Germany .

(1)

Petitioner has a job confirmation with a company in Germany and petitioner's wife is a foreign National living overseas and not allowed under U.S. Law to enter the United States Legaly

Petitioner wish's to depart the United States at the completion of his (84) month sentence for Germany where he is a legal resident and would ask the United States Court to modify the Special Conditions of Supervision (1) to state:

<u>If the Defendant reenters the United States during a period of Supervised release defendant will report to the nearest U.S. Probation office within (72) hours.</u>

Respectfully Submitted

This _11_ day of August ,2007,

*[signature]*

Johannes Weber

Johannes Weber
#01723-082
Low Security Federal Correctional Institution Allenwood
PO Box 1000
White Deer, PA
17887-1000

LEGAL MAIL

United States District Court
Attn: Clerk of the Court
District of Alaska
U.S. Federal Building & Courthouse
222 West Seventh Avenue, Unit 32
Anchorage, Alaska
99513-7591