WEBER, Johannes
Register No.  01723-082
Lycoming A  - L04-582L

Response To Inmate Request to Staff Member

---

This is in response to your Inmate Request to Staff Member, dated July 15, 2007, in which you request to be transferred to Germany upon your release from prison.

You are currently serving a 84 month sentence for Obstruction of Justice with three (3) years of supervised release. A Transfer of Offenders to and from Foreign Countries (PS 5140.34) was submitted and denied on January 13, 2005. On or about January 2, 2007, you were re-submitted for a Treaty Transfer, however, we are still awaiting a response.

Contact has been made with the United States Probation Office, who have advised that you will need to petition the court for a modification of sentence. I suggest you either contact an attorney or petition the court on your own.

I trust this response has addressed your concerns.

_8-2-07_
Date

Jonathan C. Miner, Warden