

## UNITED STATES DISTRICT COURT
District of Alaska
222 West Seventh Avenue, Unit 32
Anchorage, AK 99513-7591

John W. Sedwick
Chief Judge

907.677.6251

November 18, 2005

Mr. Johannes Weber
01723-082
USP Lompoc
3901 Klein Boulevard
Lompoc, CA 93436-2706

Re:   Request to Transfer Supervised Release to Germany

Dear Mr. Weber:

Your letter of October 17, 2005, requesting this court transfer your term of supervised release to the German Justice Department under the provisions of 18 U.S.C. § 4104(f) has been reviewed.

The Attorney General, not the court, has the authority to transfer offenders under a sentence of imprisonment or probation (including supervised release) to a foreign country pursuant to 18 U.S.C. § 4102. The transfer program is administered by the Department of Justice. I suggest that you redirect your request to the warden of the facility in which you are incarcerated. The warden can provide you with the necessary information concerning the transfer program and process your application with the Department of Justice.

Very truly yours,

John W. Sedwick, Chief Judge
United States District Court - Alaska