DEFENDANT: JOHANNES WEBER
CASE NUMBER: A01-0033-001 CR (HRH)

## SPECIAL CONDITIONS OF SUPERVISION

1. If the defendant is subject to deportation at the completion of his term of imprisonment he shall abide by the laws and regulation of the Immigration and Naturalization Services of the United States and if deported from the United states, shall not reenter the United States without the approval of the Attorney General of the United States.

2. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and testing to determine whether the defendant has reverted to the use of drugs or alcohol.

3. The defendant shall submit to a warrantless search of person, residence, vehicle, or place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall not reside at any location without first advised other residence that the premises may be subject to searches pursuant to this condition.

4. The defendant shall participate in and fully comply with a mental health treatment program approved by the United States Probation Office.

5. The defendant shall not possess a firearm, destructive device, or other weapon during the term of supervised release.

/////////////////////////////////////////////