**Location of spouse and children:**
The inmate married Bridgette Holt of New Zealand in 2001. The inmate reported that when he was arrested his wife was in custody at Christ Church Women's Prison in New Zealand for Driving While License Suspended and two marijuana related charges. He has no children. The inmate has indicated that in case of his death, Ms. Holt in care of Christ Church in New Zealand should be contacted. (PSR at ¶ 89; 11/7/04, Letter from BOP with attachment).

**Length of time in the U.S.:**
The inmate was born on December 24, 1954, in Colchester, Vermont. (PSR at ¶ 89). His mother was a United States citizen and his father a German citizen. He has dual citizenship with Germany and the United States. He indicated that he was reared in Vermont, moved to Alaska in 1988, moved to California in 1993, and had also spent short periods of time either working or visiting in Florida, Texas, and Louisiana. His U.S. Passport was issued in Alaska in 1997. He has indicated that since leaving the United States in 1997, he has lived in Germany, Holland, Australia, New Zealand, and the United Kingdom. He was expelled from the United Kingdom based on changes and released to France in approximately October 2000. According to investigative records, the inmate was applying for New Zealand citizenship when he was arrested in the instant federal case. According to Interpol, as of February 2, 2001, he was already ordered by New Zealand authorities to leave New Zealand within 14 days or face arrest and deportation. He has tried numerous times, unsuccessfully to renounce his American citizenship. (PSR at ¶¶ 93, 105; 01/27/04, US District Court of DC Memorandum Opinion; 12/3/04, telephone conversation with Case Manager Borden; 12/20/04, Letter from Inmate, attachment "Renunciation of U.S. Citizenship;" 11/19/03 and 4/25/02, Letters from German Consulate in California). The inmate also has a German Passport that expires in 1997. (4/5/04, Letter from Inmate with attachment). In a letter dated December 20, 2004, the inmate states that his "home is in Germany, where [he] vote in national elections, Pay taxes, and belong to a Political Sub-division in Germany." (12/20/04, Letter from Inmate). He indicated that after his release he will return to Germany. (5/13/04. Letter from Inmate). He has included a letter which states it is a job confirmation in a company in Germany. (9/9/04, Letter from Inmate with attachment).

**Immigration status:**
ICE has no record of the inmate. (11/15/04, ICE Facsimile). He is a United States Citizen by birth in Vermont. Although he wants to renounce his United States citizenship, ICE has indicated that he cannot do so within the United States. (11/22/04, e-mail from George Sterling, ICE).

**Possible humanitarian reasons for transfer:**

b5

**U.S. Attorney's office recommendation:**

b5

- 4 -