Johannes Weber                    August 10 ,2007

Clerk of the Court
District of Alaska



RECEIVED
AUG 1 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RE: Criminal Case Number: A01-0033-001-CR (HRH)

Dear Clerk

　　　Please file this Petition on the Record and send me a stamped (Filed ), Copy in sellf addressed ,Stamped envolope .


CERTIFIMATE OF SERVIGE

I certify that I sent a copy of a Petition to Midify Special Conditions of Supervised Release to the :

U.S. Attorneys Office
U.S. Federal Building & Courthouse
222 West 7th Ave, Anchorage
Alaska, 99513


　　　　　　　　　　　　　Sincerly Yours
　　　　　　　　　　　　　Johannee Weber