IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**
SEP 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>JOHANNES WEBER<br>Defendant | Case No: A01-0033-001 CR (HRH)<br><br>Motion For Modification Of Special Conditions of Supervised Release Under Federal Rules of Criminal Procedure (Rule 32.1 (c) ) |

### BACKGROUND

Defendant was convicted for a violation of 18 U.S.C §1503 (Obstruction of Justice) in United States District Court in Anchorage Alaska and sentenced to (84) months imprisonment and (3) years of Suprevised Release, and to Special Conditions of Supervision which State:

1. If the defendant is subject to deportation at the completion of his term of imprisonment he shall abide by the laws and regulations of the Immigartion and Naturalization Services of the United States and if deported from the United States ,**shall not reenter the United States without the approval of the Attorney Gereral of the United States.**

The defendant in the above entitled criminal case was born in the United States . Defendants mother was a United States Citizen and father was a German Citizen. Defendant has dual citizenship with

1

Germany and the United States.

Defendant while residing in Munich Germany in 1997 " voluntarily made a[n] affirmation to a Political Subdivision in a foreign State, Germany , after attaining the age of eighteen years". Defendant made the affirmation with the **intent** of relinquishing his United States Citizenship and has sworn allegiance to Germany and has sought a writ of mandamus to compel the U.S. Secretary of State to issue the defendant a " Certificate of Loss of United States Nationality".

Defendants Home is in Germany and Legal residence is in Germany where defendant votes in national elections, pays Taxes and belongs to a political Sub-division in Germany and has a job confirmation in a company in Germany.

Defendant has tried numerous times ,unsuccessfully to renounce his American citizenship .

Defendant has filed with the U.S. Department of Treasury, Internal Revenue Service a Expatriation Information Statement,signed by the defendant indicating defendant wishs to expatriate himself from the United States and the statement of Expatrialtion is on file with the U.S. Treasury in Washington D.C and the U.S. Consulate General in Germany at : Koeniginstrasse 5, 80539 Muenchen Germany.

Defendant has been advised by the U.S. State Department the defendant must depart the United States again and go to the U.S. Consulate in Germany to sign and make a formal statement renouncing his United StatessCitizenship., to make it legaly binding., which defendant intends to do as soon as defendant is back in Germany. All the inforamtion is on file with the U.S. State Department and the U.S. Justice Department in Washington D.C.

2

## RELIEF

The Defendant asked thsi Court to modify the Special Conditions of the defendants Supervised Release to State on the Judgement that: **"If the defendant reenters the United States during the (3) year period of Supervised release the defendant will report to the nearest U.S. Probation office within (72) hours".**

This will allow the defendant to voluntarly depart the United States at the completion of his (84) month sentence., for Germany and make under 8 U.S.C §1481 a formal renunciation of nationality before a diplomatic or consular officer of the United States in a foreign state, in such form as may be precribed by the Secretary of State., under 8 USC §1481.(Loss of nationality) by native-born .

Once the U.S. Secretary issues a "Certifiacte of Loss of nationalalty to the Defendant" than the defendant will become deportable from the United States and be able to comply with the Specail Conditions of defendants Supervised Release.

If the Court is not so moved to grant defendants Motion to modify the Special Conditions than the Defendant would ask the Court under 18 U.S.C §4104(f) to order that defendant supervied release be transfered to the German Justice Department in Germany which is allowed under 18 U.S.C §4104(f).

This Court has to understand that the defendant does not live in the United States , does not want to live in the United States and does not want to live under the Rule of Law of the United States governmet

or the protection of the United States Constitution any longer and simply does not wish to be a United States Citizen any longer ,which is defendants legal right. ,(Not to be a United States Citizen)

All the defendant is asking the Court is to allow the defendant to depart the United State at the Completion of defendants sentence so the defendnat can renounce legaly his United States Citizenship .

Respectfully Submitted

This 7 day of September ,2007

Johannes Weber
#01723-082
Low Security-Allenwood
PO Box 1000
White Deer, PA
17887

## PROOF OF SERVICE

I certify that on Sept 7. 07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

```
U.S. Attorney Office
c/o U.S. Federal Building
222 West 7th Ave
Anchorage, Alaska
99513
```

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 9/7/07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: September 7, 2007

*Rev. 09/05*

7

Johannes Weber
#01723-082
Low Security Correctional Institute Allenwood
PO Box 1000
White Deer, PA 17887

Legal Mail

Clerk of the Court
United States District Court
District of Alaska
222 West 7th Avenue
Anchorage, Alaska
99513-7591

Legal Mail

