NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:01-cr-00033-JWS |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| JOHANNES WEBER, | |
| Defendant. | |

The United States, through counsel, substitutes Karen L. Loeffler, Assistant U.S. Attorney, as counsel for the Plaintiff, the United States of America.  Richard Pomeroy is no longer assigned to this case.

//     //

//     //

//     //

All further pleadings and correspondence, etc. shall be sent to the following address:

>Karen L. Loeffler
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3385
>Fax: (907) 271-1500
>E-mail: karen.loeffler@usdoj.gov

RESPECTFULLY SUBMITTED on this 17th day of September 2007, in

Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Richard L. Pomeroy
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #890631

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2007
a copy of the foregoing **Notice of Substitution
of Counsel** was served via U.S. Mail to:

Johannes Weber
01723-082
Low Security-Allenwood
PO Box 1000
White Deer, PA 17887


s/ Richard L. Pomeroy


USA v. Weber
3:01-cr-00033-JWS         2