NELSON P. COHEN
United States Attorney

SHAWN C. FULLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:01-cr-00033-JWS |
| | ) |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S RESPONSE** |
| vs. | ) **TO DEFENDANT'S MOTION** |
| | ) **FOR MODIFICATION** |
| JOHANNES WEBER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW The United States of America, by and through undersigned counsel, and hereby responds to Defendant Johannes Weber's motion for a modification of supervised release.

I.   **BACKGROUND**

Defendant was convicted after a two-day jury trial of obstruction of justice, in violation of 18 U.S.C. § 1503, and sentenced to eighty-four months incarceration followed by three years of supervised release and a consecutive term of twenty-four months incarceration for violating the terms of his prior conviction. Defendant's conviction and sentence were affirmed by the Ninth Circuit. United States v. Weber, 320 F.3d 1047 (9th Cir. 2003).

Subsequently, Defendant moved for relief pursuant to 28 U.S.C. § 2255. The district denied his petition. United States v. Weber, No. A01-033 CR (JWS) (U.S. Dist. Ak. 2004). His application for authorization to file a second 28 U.S.C. § 2255 motion with the Ninth Circuit was also denied. Weber v. United States, Docket No. 05-72629 (9th Cir. 2005).

On May 29, 2007, Defendant filed a petition for a writ of habeas corpus with the United States District Court for the District of Alaska (docket 142). Therein, he challenged the execution of his sentence, and requested the Court order that past time served outside the United States be credited on his current service. The United States responded to Defendant's motion at docket 144. Shortly thereafter, this Court denied the motion (docket 146).

## II. ARGUMENT

Defendant now requests modification of the terms of his supervised release. In essence, Defendant seeks to excise special condition number one. That condition reads:

> If the defendant is subject to deportation at the completion of his term of imprisonment he shall abide by the laws and regulations of the Immigration and Naturalization Service of the United States and if deported from the United States, shall not reenter the United States without the approval of the Attorney General of the United States.

See, attachment A.

Defendant seeks to excise that special condition so he can "volunarly [sic] depart the United States at the completion of his (84) month sentence. , for Germany and make under 8 U.S.C. § 1481 a formal renunciation of nationality before a diplomatic or consular officer of the United States in a foreign state..." Defendant ostensibly requests the modification so he can travel to Germany - voluntarily, renounce his citizenship, return to the United States, get deported, and

then "be able to comply with the Secail [sic] Conditions of defendants Supervised Release." <u>Motion for Modification Of Special Conditions</u>. Docket 148, at 3.

It is evident, however, that the Defendant's request is a thinly-veiled attempt to have his supervised release transferred to Germany, pursuant to 18 U.S.C. § 4102. Under that section, the Attorney General, not the court, has the authority to transfer offenders on supervised release. The Government respectfully submits that the Department of Justice, not the court, is the proper entity in which to request a transfer. Hence, the Defendant should redirect his request to the Department of Justice.

//

//

//

//

## III. CONCLUSION

The Defendant fails to make any claim upon which this Court can grant relief. Accordingly, his request to modify the terms of his supervised release must be dismissed.

RESPECTFULLY SUBMITTED this 1st day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ SHAWN C. FULLER
SHAWN C. FULLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: shawn.fuller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, a copy of the foregoing Response to Defendant's Motion for Modification was served by U. S. Mail on:

> Johannes Weber
> 01723-082
> Low Security - Allenwood
> P O Box 1000
> White Deer, PA 17887

s/ Shawn C. Fuller

USA v Weber
3:01-cr-00033-JWS                5