NELSON P. COHEN
United States Attorney

SHAWN C. FULLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:01-cr-00033-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY |
| vs. | ) | APPEARANCE |
| | ) | |
| JOHANNES WEBER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Shawn C. Fuller now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

SHAWN C. FULLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: shawn.fuller@usdoj.gov

//

//

//

//

//

//

//

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Karen Loeffler now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 1st day of October, 2007 at Anchorage, Alaska

>NELSON P. COHEN
>United States Attorney
>
>s/ SHAWN C. FULLER
>SHAWN C. FULLER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Rm 253
>Anchorage, Alaska 99513-7567
>Phone:(907) 271-5071
>Fax: (907) 271-1500
>e-mail: shawn.fuller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, a copy of the foregoing Response to Defendant's Motion for Modification was served by U. S. Mail on:

>Johannes Weber
>01723-082
>Low Security - Allenwood
>P O Box 1000
>White Deer, PA 17887

s/ Shawn C. Fuller