## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u> USA </u>  v.  <u> JOHANNES WEBER </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>3:01-CR-00033-JWS</u>

<u> CHAD WILTS </u>

PROCEEDINGS: **ORDER FROM CHAMBERS**        DATE: October 2, 2007

    At docket 147, defendant, who apparently is a citizen of both the United States and Germany, asks the court to change the conditions of his supervised release.  An examination of the motion discloses that defendant is essentially asking the court to allow him to serve his term of supervised release in Germany.  Defendant cites no authority which empowers this court to alter his term of supervised release such that he can serve it abroad.  The court knows of none.  Generally, the court agrees with the reasoning in the response filed at docket 151 by the United States.

    The motion at docket 147 is **DENIED** without prejudice to any application which defendant may choose to make to the Attorney General of the United States pursuant to 18 U.S.C. 4102 (3) seeking to transfer his supervision to the appropriate authority in Germany.

ENTERED AT JUDGE'S DIRECTION

[301cr33JWS Order on 147]{IA.WPD*Rev.12/96}