IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



OCT 0 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>             Plaintiff | ) )  ) )  ) )  ) )  ) )  ) ) |

Case No: A01-0033-001 CR ~~(HRH)~~ (JWS)

vs

JUDICIAL NOTICE

JOHANNES WEBER
        Defendant

## BACKGROUND

The defendant in the above titled criminal case  filed a
Rule 32.1 (c)  Motion with the Court under the Federal Rules of
Criminal Procedure to Modify the Special Conditions  of  Defendant's
Supervised Release  in the above criminal case .This Motion was
not opposed by the government .

To Modify  the Special Conditions of Supervised Release
to read: **"If the defendant reenters the United States during the
(3) year period of Supervised Release the defendant will report
to the nearest U.S. Probation Officer within (72) Hours".**

(a) The defendant  at the completion of  his (84) month prison
sentence and upon  release from the Federal Bureau of Prisons is
departing the United States within (72) hours for the Federal

(1)

Republic of Germany where Defendant is a Citizen  under  a German
Passport issued by the Federal Republic of Germany  Consulate at
871 United Nations Plaza, New York,NY 10017 .

If Defendant does not depart the United States at the Completion
of his (84) month prison sentence defendant will report to the
nearest U.S. Probation Office at:  Chief U.S. Probation Officer,
75 Clinton St, Rm 405, Brooklyn ,N.Y. 11201-4201. If Defendant reenters
the United States during the (3) year period of Supervised Release
the defendant will report to nearest U.S. Probation Office, within
(72) hours.


Respectfully Submited

This __6__ day of _October_ ,2007

Johannes Weber

# PROOF OF SERVICE

I certify that on ___Oct 6, 2007 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

```
Karen L. Loeffler
Assitant U.S. Attorney
222 West 7th Ave,. #9, 253
Anchorage, Alaska
99513-3385
```

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on Oct 6 ___ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature

Dated: Oct 6, 2007

*Rev. 09/05*

7

Legal Mail

Johannes Weber
#08728-012
Low Security Correctional Isntitute Allenwood
PO Box 1000
White Deer, PA
17887

2007    HARRISBURG PA 17

Clerk of the Court
United States District Court
District of Alaska
222 West 7th Ave,
Anchorage. Alaska
99513-7591

Lega